# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1302
_____

NINA SALMI,

Appellant,

v.

ESTATE OF JB O'STEEN, JR.,

Appellee.

_____


On appeal from the Circuit Court for Gilchrist County.
Robert K. Groeb, Judge.

June 20, 2024


PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stanley H. Griffis III of The Griffis Law Firm, LLC, Chiefland, for Appellant.

Joy L. Powell of Joy L. Powell Attorney at Law, LLC, Trenton; Christopher E. Hopkins and Richard M. Knellinger of Knellinger & Associates, Gainesville, for Appellee.